# United States District Court
## Violation Notice

[Rev. 1/2020]

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC3) | E 2152158 | Romero | CL #<br>4157 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 01/06/2025 1221 | 50 USC 797 |

Place of Offense: NAVAL AIR WEAPONS STATION CHINA LAKE

NORTH PANDSBURG WASH RD AT HIGHWAY 178

Offense Description: Factual Basis for Charge    HAZMAT ☐

VIOLATION OF SECURITY REGULATIONS
AND ORDERS

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| VILLA | DANIEL | |

Street Address

| Tag No. | State | Year | Make/Model | VIN | Color |
|---|---|---|---|---|---|
| 3PDK055 | CA | 23 | CHGV/BLZ | | BLK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.<br><br>$ _____ Forfeiture Amount<br>+ $30 Processing Fee<br><br>$ _____ Total Collateral Due |

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2152158*

CVB SCAN 01/29/2025 11:53

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
            Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
            Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/29/2025 11:53

CVB SCAN 01/29/2025 11:53

Violation Number: E2152158                              CVB Locate Code: CC31
STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)
I state that on 06 January 2025 while exercising my duties as a Law Enforcement Officer
in the Central **District** of **California**:

While on routine patrol, I MA3 Romero wearing a type 3 navy military working uniform, driving
a marked U.S. Navy Police unit assigned to NAWS China Lake Police, I was dispatched to Tank
Hill Gate located North Randsburg Wash Road at Highway 178, for a vehicle emitting the odor
of marijuana. Upon contacting the driver, later identified as Daniel Villa, I immediately detected
the strong odor of marijuana emitting from the vehicle. Based on my training and experience, the
odor of marijuana is indicative of the possession of marijuana or marijuana products. Given the
odor of marijuana, I asked the driver to step out of the vehicle and detained him. I proceeded to
read Daniel Villa his Miranda Rights he verbally stated he understood his Miranda Rights and
wished to speak to me. I asked him if there were any drugs to include marijuana in the vehicle, to
which he verbally stated he had a joint in the center console. In addition, I asked him if he had
any weapons, guns, knives, grenades or explosives, which he verbally stated that he had two
rifles and one Glock. Given the odor of marijuana and his verbal statement and acknowledgment,
I informed the driver that I would be conducting a search of the vehicle for the illegal substance
and illegal possession of firearms in a federal facility. During the search, I located the following
items inside the vehicle, open container of Marijuana, Marijuana paraphernalia, two rifles, one
loaded handgun and an open container of alcohol.

The foregoing statement is based upon:

☐  my personal observation                    ☒ my personal investigation

☐  information supplied to me from my fellow officer's observation
   other (explain above)
☐  I declare under penalty of perjury that the information which I have set forth above and on
   the face of this violation notice is true and correct to the best of my knowledge.

Executed on
_____  01/06/2025  _____
              Date (mm/dd/yyyy)                    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

CVB SCAN 01/29/2025 11:53

Executed on:

_____

           Date (mm/dd/yyyy)              U.S. Magistrate Judge