**United States District Court**
**Central District of California**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.** | 5:25-cr-00304-DTB // CC31-E2152158 and E2152161 |
| **Defendant** Daniel Villa | **Social Security No.** 0 4 2 2 | |
| akas: | (Last 4 digits) | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 09 | 12 | 2025 |

**COUNSEL**      Young Kim, DFPD
(Name of Counsel)

**PLEA**  [X] **GUILTY,** and the court being satisfied that there is a factual basis for the plea.  [ ] **NOLO CONTENDERE**  [ ] **NOT GUILTY**

**FINDING**  There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of: 50 U.S.C. 797, Security Violations, as charged in the CVB Class A Misdemeanor citation CC31-2152158; and C.P.C. Sec. 32310 as assimilated under 18 U.S.C. 13, Possession of a Large-Capacity Magazine, as charged in the CVB Class A Misdemeanor citation CC31-E2152161.

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby sentenced to the following:

The defendant shall pay $300.00 fine, $25.00 special assessment fee, and $30.00 processing fee by November 14, 2025 for both ctiations. The defendant shall make a total payment of $710.00. If the payment is not completed, then a status conference is scheduled for November 14, 2025. The payments shall be made to the Clerk of Court, as stated in the NOTICE OF ORDER FOR PAYMENT OF FINE/FORFEITURE OF COLLATERAL AND/OR SPECIAL ASSESSMENT OR FEE.

9/23/25
Date

U. S. ~~District Judge~~/Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

September 23, 2025      By  Rebecca Camacho
Filed Date                      Deputy Clerk